Clarence Krueger, appellant, v. City of Belleville, appellee.*
Action for damages to automobile from uneven street. Judgment
for defendant. Appeal from the Circuit Court of St. Clair county;
the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the
October term, 1923. Affirmed. Opinion filed March 10, 1924.
Turner, Holder & Bullington, for appellant. F. N. Perrin, Jr., for
appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

Charles Pauley et al., appellees, v. County of Madison, appellant.*
Action for services rendered. Judgment for plaintiffs. Appeal
from the Circuit Court of Madison county; the Hon. George A. Crow,
Judge, presiding. Heard in this court at the October term, 1923.
Affirmed. Opinion filed March 10, 1924.
J. F. Eeck, for appellant. D. H. Mudge, for appellees.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

Robert Burgess, administrator, appellee, v. Southern Railway Com-
pany, appellant.*
Action for death by wrongful act of railway at grade crossing.
Judgment for plaintiff. Appeal from the Circuit Court of Wayne
county; the Hon. J. C. Eagleton, Judge, presiding. Heard in this court
at the October term, 1923. Affirmed. Opinion filed March 10, 1924.
Creighton & Thomas and Kramer, Kramer & Campbell, for appellant.
Mills & Forth, for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Roy C. Martin, State's
attorney of Franklin county, Illinois, defendant in error, v. Josephine
Kuca, plaintiff in error.*
Conviction and sentence for unlawful possession of intoxicants.
Error to the County Court of Franklin county; the Hon. S. M. Ward,
Judge, presiding. Heard in this court at the October term, 1923.
Reversed and remanded. Opinion filed March 10, 1924.
Moses & Pulverman and Layman & Johnson, for plaintiff in error.
Roy C. Martin, for defendant in error.
Mr. Justice Boggs delivered the opinion of the court.

---

Mary Vucich, appellee, v. National Croatian Society, appellant.*
Action for sick benefits from fraternal society. Judgment for
plaintiff. Appeal from the County Court of Madison county; the
Hon. Wilbur A. Trares, Judge, presiding. Heard in this court at the
October term, 1923. Affirmed. Opinion filed March 10, 1924.
B. J. O'Neill, for appellant. R. F. Tunnell, Jr., for appellee.
Mr. Justice Boggs delivered the opinion of the court.